UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

FRED ALSTON , as a Trustee of THE
LOCAL 272 LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON , as a Trustee of THE
LOCAL 272 WELFARE FUND,

Plaintiffs,

-against-

1699 NEW YORK AVE PARKING LLC,

Defendant.

-----------------------------------------------------------------------X

Civil Action No.
26 Civ. 5511 (JPO)

DEFAULT
JUDGMENT

This action having been commenced by the filing of a complaint on August 6, 2024, Doc. # 1, and the filing of a first amended complaint on June 29, 2026, Doc. # 1, and the issuance of a summons on June 30, 2026, Doc. # 5, and the summons and complaint having been served on defendant, 1699 NEW YORK AVE PARKING LLC, by personal service on July 6, 2026, Doc. # 7, by service on Bryan Millner, authorized agent in the office of the Secretary of the State, of the State of New York (Doc. # 7). Proof of service having been filed by the Office of the Clerk of this Court on July 9, 2026, Doc. # 7, and defendant, not having appeared, answered or otherwise moved with respect to the complaint herein, and the time for said defendant to appear, answer or otherwise move having expired, it is

**ORDERED, ADJUDGED AND DECREED,** that FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE FUND, with offices at 122 East 42nd Street, Room 2210, New York, New York 10116, have judgment against the defendant, 1699 NEW YORK AVE

PARKING LLC, whose last known address is 1699 New York Avenue, Brooklyn, New York 11210, in the liquidated amount of $37,492.34, with interest at the rate of 1.5% per month from April 1, 2026, to September 30, 2026, amounting to $1,847.51, pursuant to 29 U.S.C.A., § 1132(g)(2)(B) and (E) and additional interest, in an amount equal to the interest, pursuant to 29 U.S.C.A., § 1132(g)(2)[C] and (E), amounting to $1,847.51, plus the costs and disbursements of this action of $576.18, pursuant to 29 U.S.C.A., § 1132(g)(2)(D), plus reasonable attorney's fees amounting to $3,960.00, all of which **TOTAL $45,723.54.**

And it is further, **ORDERED AND ADJUDGED** that the judgment rendered by the Court on this day, pursuant to F.R.C.P., Rule 55(b)(2), in favor of the plaintiffs be entered as a final judgment, and the Clerk of the Court is directed to enter such judgment forthwith, and it is further,

**ORDERED AND ADJUDGED** that the Court shall retain jurisdiction of this matter for the purpose of enforcing this order.

***The Clerk is directed to terminate the motion at ECF No. 19 and to close this case.***

Dated: New York, New York

October 8, 2026

J. PAUL OETKEN
United States District Judge